# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boylan, Arthur J. | District Court of Minnesota | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/11-12/11 | MN State Retirement System - Judges Retirement Plan (no control) | $19,134.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/11-7/11 | Roseville Independent School District #623 |
| 2. 9/11-12/11 | MN State Teachers Retirement Association |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NFL/NFLPA | 6/2/11 - 6/3/11 | St. Charles, IL | Attend Mediation | Lodging, food |
| 2. | NFL/NFLPA | 6/7/11 - 6/9/11 | NYC, NY | Attend Mediation | Lodging, food, transportation |
| 3. | NFL/NFLPA | 6/14/11 - 6/16/11 | Queenstown, Maryland | Attend Mediation | Lodging, food, transportation |
| 4. | NFL/NFLPA | 6/22/11 - 6/23/11 | Hull, MA | Attend Mediation | Lodging, food, transportation |
| 5. | NFL/NFLPA | 7/5/11 - 7/8/11 | NYC, NY | Attend Mediation | Lodging, food, transportation |
| 6. | NFL/NFLPA | 7/18/11 - 7/20/11 | NYC, NY | Attend Mediation | Lodging, food transportation |
| 7. | Mason JEP's Advanced Institute on Antitrust | 10/2/11 - 10/6/11 | Arlington, VA | Attended Institute | Lodging, food, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Affinity Plus Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Prime Vest Money Market | A | Interest | J | T | | | | | |
| 3. American Funds: Growth Fund of America | A | Dividend | L | T | | | | | |
| 4. McDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. X-Cel Energy Common Stock | A | Dividend | J | T | | | | | |
| 6. CNA Financial Corporation Common Stock | A | Dividend | J | T | | | | | |
| 7. Ameriprise: River Source - Fixed Account | B | Interest | K | T | Buy | 8/9/11 | J | | |
| 8. ADC Telecommunications Inc. Common Stock | A | Dividend | | | Sold | 1/19/11 | J | A | |
| 9. El Paso Corporation Common Stock | A | Dividend | J | T | | | | | |
| 10. Associated Bank | A | Interest | J | T | | | | | |
| 11. Ameriprise: River Source, RVS Dynamic Equity Fund | A | Dividend | | | Sold | 8/9/11 | J | A | |
| 12. Chipotle Mexican Grill | A | Dividend | J | T | | | | | |
| 13. A T & T Inc. NEW | A | Dividend | K | T | | | | | |
| 14. Altria Group Inc. | A | Dividend | J | T | | | | | |
| 15. Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 16. Comcast Corp. New CL A | A | Dividend | J | T | | | | | |
| 17. Exelon Corporation | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Halliburton CO HLDG CO | A | Dividend | J | T | | | | | |
| 19. ( Y) Idearc Inc. | | None | J | T | | | | | |
| 20. Marathon Oil Corp. | A | Dividend | J | T | | | | | |
| 21. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 22. Morgan Stanley | A | Dividend | J | T | | | | | |
| 23. Verizon Communications | A | Dividend | J | T | | | | | |
| 24. Vodafone Group New ADR F | A | Dividend | J | T | | | | | |
| 25. Waste Management Inc. DEL | A | Dividend | J | T | | | | | |
| 26. American Funds - The Income Fund of America | A | Dividend | J | T | | | | | |
| 27. Alcatel Lucent ADR | A | Dividend | J | T | | | | | |
| 28. Schwab Government Money Fund | A | Interest | J | T | | | | | |
| 29. Ameriprise: River Source, Thdndl VP Int'l Op F | A | Dividend | | | Sold | 8/9/11 | J | | |
| 30. Discover Financial Svcs | A | Dividend | J | T | | | | | |
| 31. Kraft Foods, Inc. | A | Dividend | J | T | | | | | |
| 32. Vanguard Mutual Fund-Vanguard Developed Markets Index Fund | A | Dividend | | | Sold | 7/1/11 | J | A | |
| 33. Legg Mason Clearbridge Appreciation I | A | Dividend | | | Sold | 7/1/11 | K | A | |
| 34. Vanguard Mutual Fund-Vanguard Institutional Index Funds Plus | A | Dividend | K | T | Buy (add'l) | 7/1/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Philip Morris Int'l Inc. | A | Dividend | J | T | | | | | |
| 36. Target Corporation | A | Dividend | J | T | | | | | |
| 37. Frontier Communications | A | Dividend | J | T | | | | | |
| 38. Charles Schwab Bank | A | Interest | J | T | | | | | |
| 39. Vanquart Total Insti Index Plus | A | Dividend | J | T | Buy | 7/1/11 | J | | |
| 40. Marathon Petroleum Corporation | A | Dividend | J | T | Spinoff (from line 20) | 7/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 7, Part VII: Ameriprise: River Source Fixed Account on my Report of 5/11/11 for the period of January 1, 2011 to December 31, 2011, was reported incorrectly as being "sold." On Decemeber 31, 2010, it remained an investment. On December 31, 2010, the amount code should have been reported as "K." On August 9, 2011, additional funds were transferred to the Fixed Account upon sale of the interests at line 11 & line 29.

Line 8, Part VII: ADC Telecommunications Inc., Common Stock on my Report dated 5/11/11 was exchanged for cash on January 19, 2011, upon an agreement under which Tyco Electronics agreed to acquire ADC. ADC shareholders were paid cash for their stock on the date Tyco Acquired ADC. The event is disclosed herein as a sale.

Line 20, Part VII: Marathon Oil Corp. of my Report dated 5/11/12. On July 1, 2011, Marathon Oil Corp. spun off Marathon Petroleum Corporation. As a result, shareholders of Marathon Oil were given shares of the new company, Marathon Petroleum, which investment is now shown at line 40 of this report.

Line 37, Part VII: Fairpoint Communications Inc. on my Report dated 5/11/11 was declared bankrupt effective January 24, 2011. It will no longer be listed as an investment.

| Name of Person Reporting | Date of Report |
|---|---|
| Boylan, Arthur J. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur J. Boylan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544